**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID JAMES DODD, | No. 11-15283 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-02566-RCB-ECV |
| v. | |
| UNKNOWN PARTIES, C.O. and C.O. II; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Arizona
Robert C. Broomfield, District Judge, Presiding

Submitted April 17, 2012[**]

Before:     LEAVY, PAEZ, and BEA, Circuit Judges.

David James Dodd, an Arizona state prisoner, appeals pro se from the

district court's order dismissing as time-barred his 42 U.S.C. § 1983 action

alleging deliberate indifference to his safety.  We have jurisdiction under 28 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1291.  We review de novo, *Jones v. Blanas*, 393 F.3d 918, 926 (9th Cir. 2004), and we affirm.

The district court properly dismissed Dodd's claims as time-barred because the claims accrued more than four years before Dodd filed his complaint.  *See id.* at 927 (for § 1983 claims, the courts apply the forum state's statute of limitations for personal injury claims); Ariz. Rev. Stat. § 12-542(1) (two-year statute of limitations for personal injury actions).

Dodd's remaining contentions are unpersuasive.

**AFFIRMED.**

.